**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| CAROL ROBINSON-HUNTLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:24-CV-02036-PTG-WBP |
| | : |
| EXPERIAN INFORMATION SOLUTIONS, | : |
| INC., *et al.*, | : |
| | : |
| Defendants. | : |
| _____ | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO TRANS UNION, LLC**

Plaintiff, by counsel and with the signature of the parties, stipulates to the dismissal with prejudice of all claims against Trans Union, LLC under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994). This matter will continue as to the remaining defendants.

DATED: March 6, 2025                    Respectfully submitted,

                                        **CAROL ROBINSON-HUNTLEY**


                                        __/s/ *Kristi C. Kelly*_____
                                        Kristi C. Kelly, VSB #72791
                                        Andrew J. Guzzo, VSB #82170
                                        Casey S. Nash, VSB #84261
                                        J. Patrick McNichol, VSB #92699
                                        Matthew Rosendahl, VSB #93738
                                        Kelly Guzzo, PLC
                                        3925 Chain Bridge Road, Suite 202
                                        Fairfax, VA 22030
                                        Telephone: (703) 424-7572
                                        Facsimile: (703) 591-0167

Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com
*Counsel for Plaintiff*


  /s/ John W. Montgomery, Jr.
John W. Montgomery, Jr. (VSB No. 37149)
Traylor, Montgomery & Elliott, PC
130 E. Wythe Street
Petersburg, VA 23803
Telephone: (804) 861-1122
Facsimile: (804) 733-6022
jmontgomery@tmande.com
*Counsel for Defendant Equifax Information
Services, LLC*


  /s/ Michael J. Schrier
Michael J. Schrier (VSB No. 65916)
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
(202) 378-2313
(202) 378-2319 - Facsimile
michael.schrier@huschblackwell.com
*Counsel for Defendant Regional Finance
Company of Virginia, LLC*


  /s/ Marc F. Kirkland
Marc F. Kirkland (VSB No. 96234)
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75025
Phone: (214) 560-5454
Fax: (214) 871-2111
mkirkland@qslwm.com
*Counsel for Defendant Trans Union LLC*

2