**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

CAROL ROBINSON-HUNTLEY,                          :
                                                 :
                      Plaintiff,                 :
                                                 :
v.                                               : Civil Action No. 1:24-CV-02036-PTG-WBP
                                                 :
EXPERIAN INFORMATION SOLUTIONS,                  :
INC., *et al*,                                   :
                                                 :
                      Defendants.                :
_____         :

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO EQUIFAX INFORMATION SERVICES, LLC**

    Plaintiff Carol Robinson-Huntley, by counsel, and with the signature of the remaining

parties, stipulates to the dismissal with prejudice of all claims against Equifax Information

Services, LLC under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties also stipulate to

the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant

to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994) and that each party will bear its

own fees and costs. This matter will continue as to the remaining defendants.

DATED: March 21, 2025                    Respectfully submitted,

                                         **CAROL ROBINSON-HUNTLEY**

                                         __/s/ Kristi C. Kelly_____
                                         Kristi C. Kelly, VSB #72791
                                         Andrew J. Guzzo, VSB #82170
                                         Casey S. Nash, VSB #84261
                                         J. Patrick McNichol, VSB #92699
                                         Matthew G. Rosendahl, VSB #93738
                                         KELLY GUZZO, PLC
                                         3925 Chain Bridge Road, Suite 202
                                         Fairfax, VA 22030
                                         Telephone: (703) 424-7572
                                         Facsimile: (703) 591-0167
                                         Email: kkelly@kellyguzzo.com

Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*


   /s/ John W. Montgomery, Jr.

John W. Montgomery, Jr. (VSB No. 37149)
Traylor, Montgomery & Elliott, PC
130 E. Wythe Street
Petersburg, VA 23803
Telephone: (804) 861-1122
Facsimile: (804) 733-6022
jmontgomery@tmande.com

*Counsel for Defendant Equifax Information Services, LLC*


   /s/ Michael J. Schrier

Michael J. Schrier (VSB No. 65916)
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
(202) 378-2313
(202) 378-2319 - Facsimile
michael.schrier@huschblackwell.com

*Counsel for Defendant Regional Finance Company of Virginia, LLC*

2