**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| CAROL ROBINSON-HUNTLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:24-CV-02036-PTG-WBP |
| | : |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al*, | : |
| | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice against the Defendant, Experian Information Solutions, Inc., which has not filed an answer or a motion for summary judgment.

Respectfully submitted,
**CAROL ROBINSON-HUNTLEY**

By:_____*/s/ Kristi C. Kelly*_____
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*