**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| CAROL ROBINSON-HUNTLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:24-CV-02036-PTG-WBP |
| | : |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al*, | : |
| | : |
| | : |
| Defendants. | : |
| | : |

**NOTICE OF SETTLEMENT**

Plaintiff, Carol Robinson-Huntley, by counsel, notifies the Court that she has settled her claims against Defendant Regional Finance Company of Virginia, LLC. The Parties are working to finalize the settlement and will submit dismissal papers within thirty (30) days, unless the Court orders an earlier submission.

Respectfully submitted,
**CAROL ROBINSON-HUNTLEY**

By:    */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB #93738
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com
*Counsel for Plaintiff*