IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

CAROL ROBINSON-HUNTLEY,                          :
                                                 :
                          Plaintiff,             :
                                                 :
v.                                               : Civil Action No. 1:24-CV-02036-PTG-WBP
                                                 :
EXPERIAN INFORMATION SOLUTIONS,                  :
INC., *et al*,                                   :
                                                 :
                          Defendants.            :
                                                 :

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO REGIONAL FINANCE COMPANY OF VIRGINIA, LLC

Plaintiff, by counsel and with the signature of counsel for Regional Finance Company of Virginia, LLC, stipulates to the dismissal with prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own fees and costs. The Parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

AND THIS CAUSE IS ENDED.

DATED: March 31, 2026                          Respectfully submitted,

So ordered 4/1/2026

_____/s/
Patricia Tolliver Giles
United States District Judge

1

By:_____ /s/ Kristi C. Kelly_____
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB #93738
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com
*Counsel for Plaintiff*

By:_____ /s/ Michael J. Schrier_____
Michael J. Schrier (VSB No. 65916)
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, DC  20006
(202) 378-2300
(202) 378-2319 Facsimile
michael.schrier@huschblackwell.com
*Counsel for Regional Finance Company of Virginia, LLC*